## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Royal Appliance Manufacturing Co., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Fellowes, Inc., <br><br> Defendants. | Date: February 28, 2013 <br><br> Judge: Donald C. Nugent <br><br> Court Reporter: <br><br> Case Number: 1:10 CV 2604 |

Status conference held w/ all counsel present. Parties to submit agreed discovery + trial schedule that Court will adopt.

Status set 6/17/13 @ 9:30 AM

All counsel notified of this ORDER

Length of Proceeding: 30 min

Donald C. Nugent 2/28/13
United States District Judge